An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES W. VAHEY, INDIVIDUALLY;
AND OTHER HAND, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Appellants,
vs.
MACE YAMPOLSKY, AN INDIVIDUAL;
MACE YAMPOLSKY, LTD., A NEVADA
DOMESTIC PROFESSIONAL
CORPORATION; AND DONNA HICKS,
AN INDIVIDUAL,
Respondents.

No. 64952

FILED

JUN 0 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from interlocutory orders granting and denying summary judgment in a quiet title action. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Respondents have moved to dismiss this appeal, asserting that it was prematurely filed before the district court resolved all claims and issues pertaining to all the parties in the case below and that appellants did not obtain NRCP 54(b) certification of the summary judgment as final. Appellants oppose the motion, asserting that even though no final judgment has been entered, the summary judgment resolved all of the claims against respondents and was filed after the close of trial. Respondents have filed a reply, again pointing out that no final judgment has been entered.

A final, appealable judgment is one that adjudicates all of the rights and liabilities of all the parties. NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). Unless an appeal is allowed by statute or court rule, which is not asserted here, interlocutory orders are not

SUPREME COURT
OF
NEVADA

(O) 1947A

14-17691

independently appealable but may be challenged only in the context of an appeal from the final judgment. *Consolidated Generator-Nev., Inc. v. Cummins Engine Co.*, 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998). Accordingly, as the parties agree that no final judgment has been entered below, and as none appears on the district court docket entries, we lack jurisdiction and

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Kathleen E. Delaney, District Judge
Lansford W. Levitt, Settlement Judge
Black & LoBello
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Eighth District Court Clerk